**Anthony BENJAMIN, Plaintiff—Appellant,**

v.

**Lorettan WALLACE, Program Manager; Corporal Boswell; Joseph Higgs, Superintendent; Officer Hall; Officer Shabazz, Defendants—Appellees.**

No. 09–6019.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2009.

Decided: Nov. 23, 2009.

Anthony Benjamin, Appellant Pro Se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Benjamin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. *See Benjamin v. Wallace,* No. 1:08–cv–01089–JCC–JFA (E.D. Va. filed Dec. 16, 2008 & entered Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*